UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:

VINCIL, JEFFREY LYNN
VINCIL, TINA LYNETT

Case No. 10-47649 PJS
Chapter 7
HON. Phillip J. Shefferly

/
Debtor(s).

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

A check representing the total sum of unclaimed dividends in this estate was paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| Comerica Bank<br>c/o Michael D. Boutell, 500 Woodward Ave.,<br>PO Box 75000<br>Detroit, MI 48275-3391 | 5 | $434.01 |
| **TOTAL** | | **$434.01** |

Dated: July 7, 2011

/s/ George P. Dakmak
George P. Dakmak, Trustee
615 Griswold, Suite 600
Detroit, MI 48226
(313) 964-0800
e-mail: gpd.trustee@gdakmak.com